UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHARLES C. WATSON,

    Petitioner,

v.                                                            CASE NO. 6:06-cv-1672-Orl-31KRS

JAMES R. MCDONOUGH, *et al.*,

    Respondents.

## ORDER

This case is before the Court on the following motion:

(1)    Petitioner filed a Motion for Stay and Abeyance (Doc. No. 16, filed May 29, 2007). The United States Supreme Court set forth the law explaining when a district court should grant a motion to stay a mixed petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254:

> [I]t likely would be an abuse of discretion for a district court to deny a stay and to dismiss a mixed petition if the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics. In such circumstances, the district court should stay, rather than dismiss, the mixed petition.

*Rhines v. Weber*, 544 U.S. 269, 277-78 (2005).

Petitioner asserts three claims in his habeas petition, which appear to have been raised previously in the state courts. Petitioner seeks to stay the instant proceeding in

order to exhaust other claims in the state courts and to add the unexhausted claims to the instant petition. Thus, the instant petition is not a mixed petition.

Petitioner has not established that good cause exists for his failure to exhaust his state remedies as to the claims he intends to add to the instant habeas petition nor has he established that these claims are potentially meritorious. Thus, even if Petitioner were permitted to add the claims to his federal habeas petition, thereby making it a mixed petition, the Court concludes that staying the instant action is not appropriate pursuant to *Rhines*. Accordingly, Petitioner's Motion to Hold the Petition in Abeyance (Doc. No. 16) is **DENIED**.

**DONE AND ORDERED** at Orlando, Florida this 4th day of June, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sc 6/4
Counsel of Record
Charles C. Watson